**MEMO ENDORSED**

*RECEIVED NOV 29 2007 FRANK MAAS U.S. MAGISTRATE JUDGE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

Jeffery Goodson, 07A1685
P.O. Box 10
Malone, N.Y. 12953

Nov 26, 2007

RE: 07-CV-5961 (PKC)(FM)

Dear Judge Maas,

This case is scheduled for a telephone initial case management conference, Dec 14, 2007.

I have tried to serve defendant security Capt. Cruz, 3 times with the marshal serv. They can't locate him. I ask the court's to please assistance in identifying defendant Cruz. Please see: Valentin V. Dinkins 121 F.3d 72 (2d Cir. 1997)

CC: Sumit Sud,
Ass. Corp. Counsel
100 Church St.
New York, N.Y. 10007

Very Truly
Jeffery Goodson

---

*[Judge's endorsement:]* Pursuant to Valentin, Corporation Counsel is directed to send Mr. Goodson a letter within ten days providing identifying information for Captain Cruz, if the City has such information.

Maas, USMJ
11/29/07