UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEFFREY GOODSON,                                   :

                Plaintiff,          :        **ORDER**

    - against -                                      :        07 Civ. 5961 (PKC)(FM)

COMMISSIONER, et al.,                              :

                Defendants.        :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. Mr. Sud shall furnish me with a copy of his letter to the plaintiff providing further identifying information regarding the defendant sued as "Captain Cruz." Thereafter, following the issuance of an amended summons, the plaintiff shall cause the Marshals Service to serve that individual and send a copy to my Chambers.

2. All discovery shall be completed by March 13, 2008.

3. A further telephone conference shall be held on March 18, 2008, at 10 a.m. Mr. Sud shall initiate the conference by calling Chambers at the above number.

SO ORDERED.

Dated: New York, New York
December 14, 2007

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. P. Kevin Castel
United States District Judge

Jeffrey Goodson [Pro Se] (Certified Mail)
07-A-1685
Franklin Correctional Facility
P.O. Box 10
Malone, N.Y. 12953

Sumit Sud, Esq.
Assistant Corporation Counsel
Fax: (212) 788-0367

2