USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

United States Distrcit Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York, 10007

Jan. 27, 2008

**MEMO ENDORSED**

RE: Goodson V. Commissioner, et al.,
07 Civ. 5961 (PKC)(FM)

Dear Judge Maas,

Just a few lines to bring the Court up to date on my problem in service of defendant; Captain Luis Cruz, shield # 947, at A.M.K.C., !% Hazen Street, 18-18 Hazen Street, East Elmhurst, New York, 11370, as provided by Sumit Sud, Esq. Assistant Corporation Counsel.

I am waiting for the Pro se office to issue me an Amended Summons and Complaint, as directed by Your Honor, on Jan 2, 2008. Since I have until March 3, 2008 to make service on the defendant. As of this date, I have been waiting for the Summons and Complaint, along with the Marshal form. So the the Marshals Service can serve the defendant.

I would further like to state that pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and Local Rules 26.2 and 26.3 of the Court, discovery will be completed ahead of schedule.

*My understanding is that the Pro Se Office has provided the package directly to the Marshals Service in an effort to expedite service.*

*Maas, USMJ, 2/1/08*

Sincerely

Jeffery Goodson

CC: Sumit Sud, Esq.
    Assistant Cpor. Counsel
    100 Church St.
    New York, New York, 10007