UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEFFERY GOODSON, 07A1685,

                                 PLAINTIFF,

            -AGAINST-

COMMISSIONER, N.Y.C., DOC
WANDEN, N.Y.C., DOC. AMKC
DEPUTY WARDEN, CRIPPS, AMKC
SECURITY CAPTAIN., CRUZ. AMKC
OFFICER, MAPP, AMKC
OFFICER, JOHN DOE, AMKC

                              DEFENDANTS.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 5961 ( PKC)(FM)

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/13/08]

      **WHEREAS,** plaintiff, *pro se,* commenced this action on June 22, 2007, by filing a complaint alleging, *inter alia*, violations of his civil rights pursuant to 42 USC § 1983; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

      **WHEREAS,** plaintiff, *pro se,* desires to settle this matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff **JEFFREY GOODSON** the sum of **TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500),** to be paid in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the City of New York and all of the named defendants and to release all defendants and any present and former employees or agents of the City of New York, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens or an Affidavit Concerning Liens, whichever applies.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Department of Correction.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
February 25, 2008

JEFFERY GOODSON
Pro Se Plaintiff
DIN 07 A 1685
Mt. McGregor Correctional Facility
1000 Mt. McGregor Rd.
Wilton, New York 12831

By: _____
Jeffery Goodson
Pro Se Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-209
New York, New York 10007
(212) 788-1096

By: _____
Sumit Sud (SS 2781)
Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

3-13-08