


**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sumit Sud
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

March 12, 2008

**BY HAND DELIVERY**
The Honorable Frank Mass
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: <u>Jeffery Goodson v. Commissioner NYC DOC et al.</u>
    07 CV 5961 (PKC)(FM)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above matter. I write to inform the Court that the parties have settled the above referenced matter. Furthermore, a duly executed Stipulation and Order of Settlement and Dismissal has been forwarded to the Hon. Kevin Castel for endorsement and filing.

    Finally, in light of the above settlement, the parties respectfully request that the status conference currently scheduled for March 17, 2008 at 10:00 a.m. be adjourned.

    Thank you for your consideration herein.

**APPLICATION GRANTED** \*
**SO ORDERED**

_____
Frank Maas, USMJ
3/13/08

Respectfully submitted,

_____
Sumit Sud (SS 2781)
Assistant Corporation Counsel

cc:    Jeffery Goodson
       Pro se Plaintiff ( Regular Mail w/o encl.)

\* In light of this letter, the conference is cancelled and the Clerk of the Court is requested to close the reference.